UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WILLIAM SMITH, JR.,<br><br>  Plaintiff,<br><br>vs.<br><br>SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, *et al.*,<br><br>  Defendants. | 2:16-cv-02075-RFB-CWH<br><br>**ORDER** |

Before the Court is the Notice of Settlement (ECF No. 17).

Accordingly,

IT IS HEREBY ORDERED that the Early Neutral Evaluation Session scheduled for February 10, 2017 is VACATED.

IT IS FURTHER ORDERED that the proposed stipulation and order for dismissal must be filed on or before March 27, 2017.

DATED this 27th day of January, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE