DANIEL M. SHANLEY (NV SBN 6821)
dshanley@deconsel.com
DeCARLO & SHANLEY APC
533 S. Fremont Ave., 9th Floor
Los Angeles, CA 90071
Telephone:  (213) 488-4100
Facsimile:  (213) 488-4188

Attorneys for Defendant, SOUTHWEST
REGIONAL COUNCIL OF CARPENTERS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SMITH, JR., an individual<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, DOES 1 through X, inclusive, ROE CORPORATIONS 1 through X, inclusive,<br><br>Defendants. | Case No.  2:16-cv-02075-RFB-CWH<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a) and LR 7-1, the parties hereby stipulate that the above-captioned action be dismissed with prejudice.  The stipulation is made in light of the fact that the parties have signed a settlement agreement and the consideration for settlement has been tendered.

A proposed order is submitted herewith.

DATED: February 3, 2017

DeCARLO & SHANLEY
A Professional Corporation

/s/ Daniel M. Shanley
Daniel M. Shanley, Esq.
Attorney for Defendant Southwest Regional Council of Carpenters

DATED: January 27, 2017

HATFIELD & ASSOCIATES, LTD

/s/ Trevor J. Hatfield
Trevor J. Hatfield, Esq.
Attorney for Plaintiff William Smith

1
2
3
4     UNITED STATES DISTRICT COURT
5     DISTRICT OF NEVADA
6
7   WILLIAM SMITH, JR., an individual          ) Case No. 2:16-cv-02075-RFB-CWH
                                               )
8                                              ) [PROPOSED] ORDER TO DISMISS THE
                        Plaintiff,             ) ACTION WITH PREJUDICE
9                                              )
                 vs.                           )
10                                             )
    SOUTHWEST REGIONAL COUNCIL OF              )
11  CARPENTERS, DOES 1 through X, inclusive,   )
    ROE CORPORATIONS 1 through X, inclusive,   )
12                                             )
                                               )
13                      Defendants.            )
                                               )
14

15     Having reviewed the parties' stipulation, and the stipulation being in compliance with Federal
16  Rule of Civil Procedure 41(a) and LR 7-1, the Court hereby dismisses the action WITH PREJUDICE.
17
18          IT IS SO ORDERED.
19
20          DATED: February 16, 2017.        _____
                                             RICHARD F. BOULWARE, II
21                                           UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

1
[PROPOSED] ORDER DISMISSING ACTION

DANIEL M. SHANLEY (NV SBN 6821)
dshanley@deconsel.com
DeCARLO & SHANLEY APC
533 S. Fremont Ave., 9th Floor
Los Angeles, CA 90071
Telephone: (213) 488-4100
Facsimile: (213) 488-4188

Attorneys for Defendant, SOUTHWEST
REGIONAL COUNCIL OF CARPENTERS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SMITH, JR., an individual<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, DOES 1 through X, inclusive, ROE CORPORATIONS 1 through X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02075-RFB-CWH<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the following document(s):

1. STIPULATION TO DISMISS WITH PREJUDICE

2. [PROPOSED] ORDER TO DISMISS THE ACTION WITH PREJUDICE

To be delivered via CM/ECF upon all council of record as indicated/listed on the United States District Court, for the District of Nevada CM/ECF registered email list in the referenced matter as follows.

TREVOR J. HATFIELD, ESQ.
HATFIELD & ASSOCIATES, LTD
703 South Eighth Street
Las Vegas, NV 89101
Tel: (702) 388-4469
Fax: (702)386-9825
*thatfield@hatfieldlawassociates.com*

Executed on February 15, 2017, at Los Angeles, California

/s/ Anush Melkonyan
Anush Melkonyan, Legal Assistant
DeCarlo & Shanley, APC
533 S. Fremont Avenue, 9th Floor
Los Angeles, CA 90071
Ph.# 213-488-4100
Fax # 213-488-4180